# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

## NO. 03-15-00237-CR

**Christopher Ray Weatherspoon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment of conviction requiring reversal. However, there was error in the judgment of conviction that requires correction. Therefore, the Court modifies the trial court's judgment of conviction as follows: to remove the statement "SEE ATTACHED DISCLOSURE OF PLEA RECOMMENDATIONS" from the line underneath the heading "Terms of Plea Bargain." The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.